MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant Bank of America, N.A., sued in its own name and as successor by July 1, 2011 de jure merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP)*

E-FILED 3/19/15

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CIRINO, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national association, for itself and as successor by merger to BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,<br><br>Defendants. | Case No. CV 13-8829-PSG (MRWx)<br><br>[~~PROPOSED~~] **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

1  On March 12, 2015, the Court entered an Order Dismissing and Closing
2  Case. (Docket No. 54). In the Order, the Court dismissed Plaintiff John Cirino's
3  entire case with prejudice.
4  Pursuant to the Court's Order, **IT IS ORDERED, ADJUDGED, AND**
5  **DECREED** that Plaintiff John Cirino's claims and causes of action asserted in this
6  matter are dismissed with prejudice in their entirety as against Defendant Bank of
7  America, N.A., sued in its own name and as successor by July 1, 2011 *de jure*
8  merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans
9  Servicing, LP) and Plaintiff shall take nothing thereon from Bank of America.
10 The Clerk shall enter this final Judgment in favor of Bank of America, N.A.,
11 and BAC Home Loans Servicing, LP.

13 IT IS SO ORDERED.

15 Dated:  3/19  , 2015    PHILIP S. GUTIERREZ
                          _____
16                         Hon. Philip S. Gutierrez
                          United States District Court Judge